IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JUAN MUZA, | ) |
| Petitioner, | ) ) ) |
| vs. | ) CIVIL ACTION 10-00659-WS-B |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

**DONE** this 10th day of January, **2011**.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**