# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JUAN MUZA, | ) |
| | ) |
|    Petitioner, | ) |
| | ) |
| vs. | )   **CIVIL ACTION 10-00659-WS-B** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|    Respondent. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that petitioner's petition for habeas corpus relief is hereby **DISMISSED** as a successive petition under 28 U.S.C. § 2255. Therefore, judgment is entered in favor of Respondent. The Court further finds that no reasonable jurist could find it debatable whether Muza's petition should be dismissed. Accordingly, he is not entitled to a certificate of appealability.

**DONE** this 10th day of January, **2011**.

                                **s/WILLIAM H. STEELE**
                                **CHIEF UNITED STATES DISTRICT JUDGE**